UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL BURKETT,

    Plaintiff,

 v.

NANCY A. BERRYHILL,

    Defendant.

C17-5585 TSZ

**ORDER**

The Court, after careful consideration of the Report and Recommendation ("R&R") of the Honorable Brian A. Tsuchida, Chief United States Magistrate Judge, docket no. 14, plaintiff's objections, docket no. 16, defendant's response, docket no. 17, and the decision of Administrative Law Judge Cynthia D. Rosa, AR 20-48, which is thorough and well-reasoned, does hereby find and **ORDER**:

 (1) The Court ADOPTS the Report and Recommendation. Plaintiff's objections merely repeat the arguments made in the opening and reply briefs, docket no. 11 and 13, which are fully addressed in the R&R.

 (2) The Commissioner's decision that plaintiff was no longer disabled as of March 1, 2014, is AFFIRMED.

ORDER - 1

1    (3)    The Clerk is DIRECTED to enter judgment accordingly, to provide copies of this Order and the judgment to all counsel of record and to Judge Tsuchida, and to CLOSE this case.

DATED this 20th day of March, 2018.

                                    Thomas S. Zilly
                                    United States District Judge